**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| AB, | ) |
| | ) |
| | ) Cause Number: 4:22-CV-1199-PLC |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASON FINE, | ) |
| | ) |
| Defendants | ) |

**MEMORANDUM OF RECEIPT OF FIRST PAYMENT**

Comes Now Plaintiff, by and through counsel, and acknowledges receipt of the first payment under the Settlement Agreement.

**Respectfully Submitted,**

THE O'BRIEN LAW FIRM, PC

BY: /S/ Grant C. Boyd
Grant C. Boyd #67362
815 Geyer Ave
St. Louis, MO  63104
(314) 588-0558
(314) 588-0634 FAX
boyd@obrienlawfirm.com